The Honorable Benjamin H. Settle

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, for the Use and Benefit of HARRIS PACIFIC NORTHWEST, LLC,<br><br>                          Plaintiff,<br><br>v.<br><br>TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, a Connecticut corporation,<br><br>                          Defendant.<br><br>    And<br><br>WALSH CONSTRUCTION COMPANY, an Illinois corporation,<br><br>                          Intervenor. | No. 3:21-cv-05285-BHS<br><br>JOINT STATUS REPORT, STIPULATION, AND ORDER RE CONTINUED STAY OF PROCEEDINGS |

      COME NOW, Plaintiff Harris Pacific Northwest, LLC ("**Harris Pacific**"), Defendant Travelers Casualty and Surety Company of America ("**Travelers**"), and Intervenor Walsh Construction Company (individually "**Walsh**" and collectively, the "**Parties**") through their counsel of record, to present the following stipulation for a continued stay of proceedings and a continuance of any court deadlines related to the above-captioned action.

STIPULATION AND ORDER RE STAY OF
PROCEEDINGS - 1
[CASE NO. 3:21-cv-05285]

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

The Parties stipulate to the following facts:

1. A Complaint was filed by Harris Pacific in the above-captioned action.

2. The above-entitled action concerns a Miller Act Claim for subcontract work by Harris Pacific for Walsh.

3. The subcontract work concerns a construction project where Walsh is acting as the General Contractor and for which the Department of the Navy – Naval Facilities Engineering Command Northwest ("**NAVFAC**") is the Owner.

4. Walsh has submitted requests for equitable adjustment to NAVFAC, hereinafter referred to as the "**Owner claims**." The Owner claims include Walsh's own requests for increased costs and time attributable to NAVFAC, and the Owner claims also include the updated claim from Harris Pacific that was submitted to Walsh on or about April 15, 2022.

5. Travelers is the surety for Walsh's payment bond submitted pursuant to the Miller Act.

6. Walsh submitted Harris Pacific's claims to NAVAC together with Walsh's own claim and claims of other subcontractors on the same project. Having previously obtained some relief from the Government based on project delays and impacts attributable to NAVFAC, Walsh supports Harris Pacific's entitlement to equitable compensation from the Government to the extent that the mechanical subcontractor sustained cost impacts from the same issues. On September 30, 2022, NAVFAC informed Walsh that, due to the complexity of the issues identified in the claim as well as audits to be performed, the Government could not issue a final Contracting

STIPULATION AND ORDER RE STAY OF PROCEEDINGS - 2
[CASE NO. 3:21-cv-05285]

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

Officer's decision before March 30, 2023. However, on March 31, 2023, the Navy advised Walsh that it would need additional review time to issue a Contracting Officer's Final Decision, advising that such a decision will be issued on or before October 31, 2023.

7. The undersigned parties previously agreed to stay the above-entitled action to allow for the NAVFAC Contracting Officer to issue a determination of the Owner claims. While Harris Pacific has not yet seen much progress with a Government audit, Harris Pacific gives NAVFAC the benefit of the doubt agreeing to extend the stay of the above-entitled action for an additional seven (7) months to allow for a determination of the Owner claims.

8. As outlined in the previous Status Report, Walsh notes that Article 11 of its subcontract with Harris Pacific (attached as Exhibit B to Harris Pacific's Complaint) requires the subcontractor to stay and suspend any legal action against Walsh and Travelers until Walsh's claims against NAVFAC have been adjudicated. Harris Pacific responds that such language in the subcontract cannot support extension of the subcontractor's Miller Act rights for an unreasonable period of time and is also conditioned upon Walsh diligently and expeditiously pursuing a pass-through claim on behalf of Harris-Pacific.  The parties do not believe that this issue needs to be decided by the Court at this point, however, because Harris Pacific is willing to accept a further seven-month stay as provided herein.

9. The Parties further agree that by entering into this stipulation, neither Travelers, Walsh, nor Harris Pacific is waiving or releasing its rights and defenses under the

STIPULATION AND ORDER RE STAY OF PROCEEDINGS - 3
[CASE NO. 3:21-cv-05285]

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

Miller Act or under Article 11 of the subcontract, including but not limited to Walsh's contractual right to demand arbitration of any remaining claims between Walsh and Harris Pacific.

10. By entering into this stipulation, the Parties are attempting to avoid unnecessary costs and fees and neither party waives any claims, counterclaims, affirmative defenses, or defenses, and all such rights are expressly reserved.

11. Based on the above facts, the Parties jointly move, stipulate, and agree to, entry of an order by the Court in the above-titled action:

   a.   staying proceedings for seven (7) months;

   b.   continuing any deadlines for seven (7) months;

   c.   requiring the Parties to file with the Court, no later than seven (7) months from the entry of the order below, a joint report regarding the status of the Owner claims, and the Parties' positions as to any further extension of the stay and continuance.

DATED this 10th day of May, 2023.

| AHLERS CRESSMAN & SLEIGHT PLLC | OLES MORRISON RINKER & BAKER LLP |
|---|---|
| By: /s/ Lindsay T. Watkins<br>John P. Ahlers, WSBA #13070<br>Lindsay T. Watkins, WSBA #43012<br>Lindsay.Watkins@acslawyers.com<br>John.Ahlers@acslawyers.com<br>1325 Fourth Avenue, Suite 1850<br>Seattle, WA 98104-2573<br>Phone: (206) 287-9900<br>Fax:   (206) 934-1139<br>*Attorneys for Defendant and for Intervenor Walsh Construction Company* | By: [signature] Douglas Oles<br>Douglas S. Oles, WSBA #9366<br>Nicole Wolfe, WSBA #45752<br>oles@oles.com<br>wolfe@oles.com<br>701 Pike Street, Suite 1700<br>Seattle, WA 98101<br>Phone:  (206) 623-3427<br>Fax:  (206) 682-6234<br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER RE STAY OF PROCEEDINGS - 4
[CASE NO. 3:21-cv-05285]

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE: (206) 623-3427
FAX: (206) 682-6234

Pursuant to the above stipulation, this action and all related deadlines are STAYED for a period of seven (7) months from the date of entry of this Order. No later than seven (7) months from the date of entry of this Order, the Parties shall file with the Court a report regarding the status of the Owner claims referred to in the stipulation of the Parties and the Parties' positions as to any further extension of the stay.

IT IS SO ORDERED this 11th day of May , 2023.

_____
The Honorable Benjamin H. Settle

Presented by:

| AHLERS CRESSMAN & SLEIGHT PLLC | OLES MORRISON RINKER & BAKER LLP |
|---|---|
| By: /s/ Lindsay T. Watkins<br>John P. Ahlers, WSBA #13070<br>Lindsay T. Watkins, WSBA #43012<br>Lindsay.Watkins@acslawyers.com<br>John.Ahlers@acslawyers.com<br>1325 Fourth Avenue, Suite 1850<br>Seattle, WA  98104-2573<br>Phone: (206) 287-9900<br>Fax:    (206) 934-1139<br>*Attorneys for Defendant and for Intervenor Walsh Construction Company* | By: _____<br>Douglas S. Oles, WSBA #9366<br>Nicole E. Wolfe, WSBA #45752<br>oles@oles.com<br>wolfe@oles.com<br>701 Pike Street, Suite 1700<br>Seattle, WA 98101<br>Phone:  (206) 623-3427<br>Fax:  (206) 682-6234<br>*Attorneys for Plaintiff* |

STIPULATION AND ORDER RE STAY OF PROCEEDINGS - 5
[CASE NO. 3:21-cv-05285]

OLES MORRISON RINKER & BAKER LLP
701 PIKE STREET, SUITE 1700
SEATTLE, WA  98101-3930
PHONE:  (206) 623-3427
FAX:  (206) 682-6234

**CERTIFICATE OF SERVICE**

I hereby certify that on the date listed below I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel of record:

Lindsay T. Watkins
Jonathan P. Ahlers
Ahlers Cressman & Sleight PLLC
1325 Fourth Avenue, Suite 1850
Seattle, WA  98104
Emails: Lindsay.watkins@acslawyers.com
        John.Ahlers@acslawyers.com

*Attorneys for Defendant Travelers Casualty and Surety Company of America and Walsh Construction Company*

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

DATED:  This 10th day of May, 2023, at Seattle, Washington.

 */s/ Christine J. Smith*
Christine J. Smith, Legal Assistant

STIPULATION AND ORDER RE STAY OF PROCEEDINGS - 6
[CASE NO. 3:21-cv-05285]

**OLES MORRISON RINKER & BAKER LLP**
701 PIKE STREET, SUITE 1700
SEATTLE, WA 98101-3930
PHONE:  (206) 623-3427
FAX:  (206) 682-6234